FILED

UNITED STATES DISTRICT COURT
Western District of Texas
SAN ANTONIO DIVISION

JUN -9 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

UNITED STATES OF AMERICA

v.

DONALD E. ROBINSON, TRUE NAME: DONALD EUGENE ROBINSON

Defendant.

Case Number    SA-10-CR-724(1)FB
USM Number    82921-180

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, DONALD E. ROBINSON, TRUE NAME: DONALD EUGENE ROBINSON, appeared pro se, having waived counsel. (Mr. Alfredo R. Villarreal, Assistant Federal Public Defender was in attendance as stand-by counsel.)

The defendant pled guilty to Count(s) One, Two, Three, and Four of the Indictment on June 3, 2011. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
| --- | --- | --- | --- |
| 26 USC 7206(1) | Filing a False Income Tax Return | August 18, 2004 | One |
| 26 USC 7206(1) | Filing a False Income Tax Return | August 13, 2005 | Two |
| 26 USC 7206(1) | Filing a False Income Tax Return | November 2, 2006 | Three |
| 26 USC 7206(1) | Filing a False Income Tax Return | October 17, 2007 | Four |

As pronounced on June 3, 2011, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___9___ day of June, 2011.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE

Judgment--Page 2

Defendant: DONALD E. ROBINSON, TRUE NAME: DONALD EUGENE ROBINSON
Case Number: SA-10-CR-724(1)FB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED on each of Counts One, Two, Three, and Four to be served concurrently. On June 3, 2011, the Court entered an order immediately releasing defendant from the custody of the United States Marshal Service, if there were no pending detainers as to this defendant.

The Court strongly recommends to all relevant state licensing and oversight organizations that defendant's license not be revoked and that defendant be allowed to continue his podiatry practice without suspension or interruption as a result of this proceeding.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Defendant: DONALD E. ROBINSON, TRUE NAME: DONALD EUGENE ROBINSON
Case Number: SA-10-CR-724(1)FB

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 655 East Durango Boulevard, Room G-65, San Antonio, Texas 78206.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTAL: | $0             | $0       | $0              |

### Special Assessment

Pursuant to 18 U.S.C. § 3573, the Government moves to remit the special assessment. Therefore, the Court does not impose a special assessment.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.